## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ALERS, JUAN C                          § Case No. 10-10933
                                              §
                                              §
                                              §
Debtor(s)                                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/29/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  04/05/2011           By:  /s/BRADLEY J. WALLER_____
                                                    Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ALERS, JUAN C § Case No. 10-10933
§
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,000.69 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 14,000.69 |
| **Balance on hand:** | $ 14,000.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,000.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,150.07 | 0.00 | 2,150.07 |
| Trustee, Expenses - BRADLEY J. WALLER | 141.80 | 0.00 | 141.80 |

Total to be paid for chapter 7 administration expenses: $ 2,291.87
Remaining balance: $ 11,708.82

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      11,708.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      11,708.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,421.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent - Target | 9,500.45 | 0.00 | 1,153.67 |
| 2 | American Infosource Lp As Agent - Buckle | 842.23 | 0.00 | 102.27 |
| 3 | American Infosource Lp As Agent - Express | 1,236.47 | 0.00 | 150.15 |
| 4 | Discover Bank | 1,597.11 | 0.00 | 193.94 |
| 5 | HealthCare Assoc Cr Un | 16,032.52 | 0.00 | 1,946.88 |
| 6 | Chase Bank USA, N.A. | 5,219.55 | 0.00 | 633.83 |
| 7 | Chase Bank USA, N.A. | 8,042.81 | 0.00 | 976.66 |
| 8 | Chase Bank USA, N.A. | 436.25 | 0.00 | 52.98 |
| 9 | Chase Bank USA, N.A. | 2,802.85 | 0.00 | 340.36 |
| 10 | Chase Bank USA, N.A. | 6,390.18 | 0.00 | 775.98 |
| 11 | Capital Recovery III LLC | 12,486.26 | 0.00 | 1,516.24 |

**UST Form 101-7-NFR (10/1/2010)**

| 12 | GE Money Bank | 3,962.74 | 0.00 | 481.21 |
|---|---|---|---|---|
| 13 | GE Money Bank | 2,659.16 | 0.00 | 322.91 |
| 14 | Us Dept Of Education | 12,163.99 | 0.00 | 1,477.11 |
| 15 | GE Money Bank | 2,266.42 | 0.00 | 275.22 |
| 16 | GE Money Bank | 10,782.96 | 0.00 | 1,309.41 |

Total to be paid for timely general unsecured claims:  $  11,708.82
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,698.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | HSBC Bank Nevada NA (Bon Ton) | 2,698.95 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: rmarola                Page 1 of 2                Date Rcvd: Aug 18, 2010
Case: 10-10933                    Form ID: ntcftfc7            Total Noticed: 74

The following entities were noticed by first class mail on Aug 20, 2010.
db          +Juan C Alers,    478 Susan St.,    Romeoville, IL 60446-5149
aty         +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15253439    +Abn Amro Mortgage Grou,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
15253440    +Academy Collection Service Inc,    10965 Decatur Road,    Philadelphia, PA 19154-3294
15253443    +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3512
15253447    +Ccs/first National Ban,    500 East 60th St N,    Sioux Falls, SD 57104-0478
15253448    +Charter One Auto Finan,    228 Main St E,    Rochester, NY 14604-2121
15253453    +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
15253461    +Citifinancial Retail Services,    Po Box 140489,    Irving, TX 75014-0489
15253475    +Healthcare Assoc Cr Un,    1151 E. Warrenville Rd,    Naperville, IL 60563-9415
15253482    +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
15253484    +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1331
15253486    +Miguel Espinoza,    478 Susan St.,    Romeoville, IL 60446-5149
15253487    +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
15253490    +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
15253491    +Professional Bureau of Collections,    PO Box 628,    Elk Grove, CA 95759-0628
15253493    +Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
15253498    +Student Loan Mkt Assn,    2000 Bluffs Dr,    Lawrence, KS 66044-1776
15253497    +Student Loan Mkt Assn,    Attention: Bankruptcy Litigation Depart,    Po Box 6180,
              Indianapolis, IN 46206-6180
15253502   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
              Cincinnati, OH 45201)
15253500    +United Recovery Service, LLC,    18525 Torrence Ave,    Suite C-6,    Lansing, IL 60438-2891
15253503    +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
15253505     Wells Fargo Hm Mortgag,    Default Reporting,    Charlotte, NC 28217
15253510     Wlsfgr Hmmtg,    Default Reporting,    Charlotte, NC 28217

The following entities were noticed by electronic transmission on Aug 18, 2010.
15253442     EDI: HNDA.COM Aug 18 2010 19:48:00     American Honda Finance,    Po Box 168088,
              Irving, TX 75016
15253441    +EDI: AGFINANCE.COM Aug 18 2010 19:38:00     American General Finan,    600 N Royal Ave,
              Evansville, IN 47715-2612
15253444    +EDI: BANKAMER2.COM Aug 18 2010 19:48:00     Bank Of America,    Po Box 1598,
              Norfolk, VA 23501-1598
15253445    +EDI: CHASE.COM Aug 18 2010 19:48:00     Bank One/Chase,    8333 Ridgepoint Dr,
              Irving, TX 75063-5812
15253446    +EDI: CAPITALONE.COM Aug 18 2010 19:48:00     Cap One,    Attn: C/O TSYS Debt Management,
              Po Box 5155,    Norcross, GA 30091-5155
15253450    +EDI: CHASE.COM Aug 18 2010 19:48:00     Chase,    324 W Evans St,    Florence, SC 29501-3430
15253451    +EDI: CHASE.COM Aug 18 2010 19:48:00     Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
15253452    +EDI: CHASE.COM Aug 18 2010 19:48:00     Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15253449    +EDI: CHASE.COM Aug 18 2010 19:48:00     Chase,    201 N. Walnut St//Del-1027,
              Wilmington, DE 19801-2920
15253454    +EDI: CHASE.COM Aug 18 2010 19:48:00     Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
15253455    +EDI: CHASE.COM Aug 18 2010 19:48:00     Chase-pier1,    Attn: Recovery,    Po Box 100018,
              Kennesaw, GA 30156-9204
15253456    +EDI: CITICORP.COM Aug 18 2010 19:48:00     Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,
              Po Box 20507,    Kansas City, MO 64195-0507
15253457    +EDI: CITICORP.COM Aug 18 2010 19:48:00     Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15253458    +EDI: CITICORP.COM Aug 18 2010 19:48:00     Citibank,    Attn: Centralized Bankruptcy,
              Po Box 20507,    Kansas City, MO 64195-0507
15253459    +EDI: CITICORP.COM Aug 18 2010 19:48:00     Citibank Usa,    Attn.: Centralized Bankruptcy,
              Po Box 20507,    Kansas City, MO 64195-0507
15253460    +EDI: CITICORP.COM Aug 18 2010 19:48:00     Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
15253462    +EDI: DISCOVER.COM Aug 18 2010 19:48:00     Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
15253463    +EDI: AMINFOFP.COM Aug 18 2010 19:48:00     First Premier Bank,    Po Box 5524,
              Sioux Falls, SD 57117-5524
15253465    +EDI: RMSC.COM Aug 18 2010 19:43:00     GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103106,
              Roswell, GA 30076-9106
15253464    +EDI: RMSC.COM Aug 18 2010 19:43:00     Ge Capital Credit Card,    Attn: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
15253466    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/care Credit,    Po Box 981439,
              El Paso, TX 79998-1439
15253467    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/ikea,    Po Box 981400,    El Paso, TX 79998-1400
15253468    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/jcp,    Attention: Bankruptcy,    Po Box 103106,
              Roswell, GA 30076-9106
15253469    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/l&t,    Po Box 981400,    El Paso, TX 79998-1400
15253470    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/linen N Things,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
15253471    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/meijer Dc,    Po Box 981400,    El Paso, TX 79998-1400
15253472    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/pearl Vision Fran,    Po Box 981439,
              El Paso, TX 79998-1439
15253473    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/qvc,    Attention: Bankruptcy,    Po Box 103106,
              Roswell, GA 30076-9106
15253474    +EDI: RMSC.COM Aug 18 2010 19:43:00     Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
15253480     EDI: HFC.COM Aug 18 2010 19:43:00     Hsbc/comp,    Attn: Bankruptcy,    Po Box 15522,
              Wilmington, DE 19850
15253476    +EDI: HFC.COM Aug 18 2010 19:43:00     Hfc - Usa/Beneficial,    Attn: Bankruptcy,    961 Weigel Dr,
              Elmhurst, IL 60126-1058
```