UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: ALERS, JUAN C | § | Case No. 10-10933 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 04/29/2011 in Courtroom 644, United States Courthouse, 219 S. Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/05/2011     By: /s/BRADLEY J. WALLER_____
                                                                   Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ALERS, JUAN C § Case No. 10-10933
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $    14,000.69

*and approved disbursements of*     $    0.00

*leaving a balance on hand of* [1]     $    14,000.69

**Balance on hand:**     $    14,000.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $    0.00
Remaining balance:     $    14,000.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 2,150.07 | 0.00 | 2,150.07 |
| Trustee, Expenses - BRADLEY J. WALLER | 141.80 | 0.00 | 141.80 |

Total to be paid for chapter 7 administration expenses:     $    2,291.87
Remaining balance:     $    11,708.82

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:    $      0.00
    Remaining balance:    $      11,708.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:    $      0.00
    Remaining balance:    $      11,708.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,421.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent - Target | 9,500.45 | 0.00 | 1,153.67 |
| 2 | American Infosource Lp As Agent - Buckle | 842.23 | 0.00 | 102.27 |
| 3 | American Infosource Lp As Agent - Express | 1,236.47 | 0.00 | 150.15 |
| 4 | Discover Bank | 1,597.11 | 0.00 | 193.94 |
| 5 | HealthCare Assoc Cr Un | 16,032.52 | 0.00 | 1,946.88 |
| 6 | Chase Bank USA, N.A. | 5,219.55 | 0.00 | 633.83 |
| 7 | Chase Bank USA, N.A. | 8,042.81 | 0.00 | 976.66 |
| 8 | Chase Bank USA, N.A. | 436.25 | 0.00 | 52.98 |
| 9 | Chase Bank USA, N.A. | 2,802.85 | 0.00 | 340.36 |
| 10 | Chase Bank USA, N.A. | 6,390.18 | 0.00 | 775.98 |
| 11 | Capital Recovery III LLC | 12,486.26 | 0.00 | 1,516.24 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 12 | GE Money Bank | 3,964.09 | 0.00 | 481.21 |
| 13 | GE Money Bank | 2,659.16 | 0.00 | 322.91 |
| 14 | Us Dept Of Education | 12,163.99 | 0.00 | 1,477.11 |
| 15 | GE Money Bank | 2,266.42 | 0.00 | 275.22 |
| 16 | GE Money Bank | 10,782.96 | 0.00 | 1,309.41 |

Total to be paid for timely general unsecured claims: $ 11,708.82

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,698.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17 | HSBC Bank Nevada NA (Bon Ton) | 2,698.95 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola             Page 1 of 2            Date Rcvd: Aug 18, 2010
Case: 10-10933                Form ID: ntcftfc7         Total Noticed: 74

The following entities were noticed by first class mail on Aug 20, 2010.
db           +Juan C Alers,    478 Susan St.,    Romeoville, IL 60446-5149
aty          +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15253439     +Abn Amro Mortgage Grou,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
15253440     +Academy Collection Service Inc,    10965 Decatur Road,    Philadelphia, PA 19154-3294
15253443     +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3512
15253447     +Ccs/first National Ban,    500 East 60th St N,    Sioux Falls, SD 57104-0478
15253448     +Charter One Auto Finan,    228 Main St E,    Rochester, NY 14604-2121
15253453     +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
15253461     +Citifinancial Retail Services,     Po Box 140489,    Irving, TX 75014-0489
15253475     +Healthcare Assoc Cr Un,    1151 E. Warrenville Rd,    Naperville, IL 60563-9415
15253482     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
15253484     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1331
15253486     +Miguel Espinoza,    478 Susan St.,    Romeoville, IL 60446-5149
15253487     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8002
15253490     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
15253491     +Professional Bureau of Collections,    PO Box 628,    Elk Grove, CA 95759-0628
15253493     +Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
15253498     +Student Loan Mkt Assn,    2000 Bluffs Dr,    Lawrence, KS 66044-1776
15253497     +Student Loan Mkt Assn,    Attention: Bankruptcy Litigation Depart,    Po Box 6180,
               Indianapolis, IN 46206-6180
15253502    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
15253500     +United Recovery Service, LLC,    18525 Torrence Ave,    Suite C-6,    Lansing, IL 60438-2891
15253503     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
15253505      Wells Fargo Hm Mortgag,    Default Reporting,    Charlotte, NC 28217
15253510      Wlsfgr Hmmtg,    Default Reporting,    Charlotte, NC 28217

The following entities were noticed by electronic transmission on Aug 18, 2010.
15253442      EDI: HNDA.COM Aug 18 2010 19:48:00      American Honda Finance,    Po Box 168088,
               Irving, TX 75016
15253441     +EDI: AGFINANCE.COM Aug 18 2010 19:38:00      American General Finan,    600 N Royal Ave,
               Evansville, IN 47715-2612
15253444     +EDI: BANKAMER2.COM Aug 18 2010 19:48:00      Bank Of America,    Po Box 1598,
               Norfolk, VA 23501-1598
15253445     +EDI: CHASE.COM Aug 18 2010 19:48:00      Bank One/Chase,    8333 Ridgepoint Dr,
               Irving, TX 75063-5812
15253446     +EDI: CAPITALONE.COM Aug 18 2010 19:48:00      Cap One,    Attn: C/O TSYS Debt Management,
               Po Box 5155,    Norcross, GA 30091-5155
15253450     +EDI: CHASE.COM Aug 18 2010 19:48:00      Chase,    324 W Evans St,    Florence, SC 29501-3430
15253451     +EDI: CHASE.COM Aug 18 2010 19:48:00      Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
15253452     +EDI: CHASE.COM Aug 18 2010 19:48:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15253449     +EDI: CHASE.COM Aug 18 2010 19:48:00      Chase,    201 N. Walnut St//De1-1027,
               Wilmington, DE 19801-2920
15253454     +EDI: CHASE.COM Aug 18 2010 19:48:00      Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
15253455     +EDI: CHASE.COM Aug 18 2010 19:48:00      Chase-pier1,    Attn: Recovery,    Po Box 100018,
               Kennesaw, GA 30156-9204
15253456     +EDI: CITICORP.COM Aug 18 2010 19:48:00      Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
15253457     +EDI: CITICORP.COM Aug 18 2010 19:48:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15253458     +EDI: CITICORP.COM Aug 18 2010 19:48:00      Citibank,    Attn: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
15253459     +EDI: CITICORP.COM Aug 18 2010 19:48:00      Citibank Usa,    Attn.: Centralized Bankruptcy,
               Po Box 20507,    Kansas City, MO 64195-0507
15253460     +EDI: CITICORP.COM Aug 18 2010 19:48:00      Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
15253462     +EDI: DISCOVER.COM Aug 18 2010 19:48:00      Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
15253463     +EDI: AMINFOFP.COM Aug 18 2010 19:48:00      First Premier Bank,    Po Box 5524,
               Sioux Falls, SD 57117-5524
15253465     +EDI: RMSC.COM Aug 18 2010 19:43:00      GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103106,
               Roswell, GA 30076-9106
15253464     +EDI: RMSC.COM Aug 18 2010 19:43:00      Ge Capital Credit Card,    Attn: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
15253466     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
15253467     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/ikea,    Po Box 981400,    El Paso, TX 79998-1400
15253468     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/jcp,    Attention: Bankruptcy,    Po Box 103106,
               Roswell, GA 30076-9106
15253469     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/l&t,    Po Box 981400,    El Paso, TX 79998-1400
15253470     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/linen N Things,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
15253471     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/meijer Dc,    Po Box 981400,    El Paso, TX 79998-1400
15253472     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/pearl Vision Fran,    Po Box 981439,
               El Paso, TX 79998-1439
15253473     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/qvc,    Attention: Bankruptcy,    Po Box 103106,
               Roswell, GA 30076-9106
15253474     +EDI: RMSC.COM Aug 18 2010 19:43:00      Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
15253480      EDI: HFC.COM Aug 18 2010 19:43:00      Hsbc/comp,    Attn: Bankruptcy,    Po Box 15522,
               Wilmington, DE 19850
15253476     +EDI: HFC.COM Aug 18 2010 19:43:00      Hfc - Usa/Beneficial,    Attn: Bankruptcy,    961 Weigel Dr,
               Elmhurst, IL 60126-1058
```

```
                                United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                                 Case No. 10-10933-BWB
Juan C Alers                                                           Chapter 7
       Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: gbeemster              Page 1 of 3                   Date Rcvd: Apr 06, 2011
                               Form ID: pdf006              Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2011.
db           +Juan C Alers,    478 Susan St.,    Romeoville, IL 60446-5149
aty          +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
15253439     +Abn Amro Mortgage Grou,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
15253440     +Academy Collection Service Inc,    10965 Decatur Road,    Philadelphia, PA 19154-3210
15253443     +Ballys,    8700 West Bryn Mawr,    Chicago, IL 60631-3552
15253444     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
15253445     +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
15253446    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
15253447     +Ccs/first National Ban,    500 East 60th St N,    Sioux Falls, SD 57104-0478
15253448     +Charter One Auto Finan,    228 Main St E,    Rochester, NY 14604-2121
15253449     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
15253452     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15253450     +Chase,    324 W Evans St,    Florence, SC 29501-3430
15253451     +Chase,    9451 Corbin Avenue,    Northridge, CA 91324-1665
16056889      Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
15253453     +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
15253454     +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
15253455     +Chase-pier1,    Attn: Recovery,    Po Box 100018,    Kennesaw, GA 30156-9204
15253456     +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
15253457     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15253458     +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15253459     +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15253460     +Citicards,    Po Box 6241,    Sioux Falls, SD 57117-6241
15253461     +Citifinancial Retail Services,     Po Box 140489,    Irving, TX 75014-0489
15253463     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
15253480    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/comp,     Attn: Bankruptcy,    Po Box 15522,    Wilmington, DE 19850)
16450057     +HSBC Bank Nevada, N.A.(BonTon),    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
15253476     +Hfc - Usa/Beneficial,    Attn: Bankruptcy,    961 Weigel Dr,    Elmhurst, IL 60126-1058
15253477     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15253479     +Hsbc/bose,    Pob 15521,    Wilmington, DE 19850-5521
15253481     +Hsbc/wicks,    90 Christiana Rd,    New Castle, DE 19720-3118
15253482     +Illinois Collection Se,    8231 W. 185th St. Ste. 100,    Tinley Park, IL 60487-9356
15253483     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15253484     +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1331
15253486     +Miguel Espinoza,    478 Susan St.,    Romeoville, IL 60446-5149
15253487     +National City Card Ser,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
15253490     +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
15253491     +Professional Bureau of Collections,    PO Box 628,    Elk Grove, CA 95759-0628
15253493     +Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
15253494     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15253495     +Shell/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
15253498     +Student Loan Mkt Assn,    2000 Bluffs Dr,    Lawrence, KS 66044-1776
15253497     +Student Loan Mkt Assn,    Attention: Bankruptcy Litigation Depart,    Po Box 6180,
               Indianapolis, IN 46206-6180
15253499     +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
15253502    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank/na Nd,     Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
15253500     +United Recovery Service, LLC,    18525 Torrence Ave,    Suite C-6,    Lansing, IL 60438-2891
15253501     +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15253503     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
15253506     +WFNNB,    Po Box 182273,    Columbus, OH 43218-2273
15253505      Wells Fargo Hm Mortgag,    Default Reporting,    Charlotte, NC 28217
15253507     +Wfnnb/crate And Barrel,    Po Box 2984,    Shawnee Mission, KS 66201-1384
15253508     +Wfnnb/roomplace,    Po Box 2974,    Shawnee Mission, KS 66201-1374
15253509     +Wfnnb/the Buckle,    Po Box 182273,    Columbus, OH 43218-2273
15253510      Wlsfgr Hmmtg,    Default Reporting,    Charlotte, NC 28217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15253442      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 06 2011 22:51:10     American Honda Finance,
               Po Box 168088,   Irving, TX 75016
15253441     +E-mail/PDF: cbp@agfinance.com Apr 06 2011 23:54:24     American General Finan,    600 N Royal Ave,
               Evansville, IN 47715-2612
16018866      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2011 23:53:01
               American Infosource Lp As Agent for,    World Financial Network National Bank As,    Buckle,
               PO Box 248872,   Oklahoma City, OK 73124-8872
```

```
District/off: 0752-1           User: gbeemster            Page 2 of 3                   Date Rcvd: Apr 06, 2011
                               Form ID: pdf006            Total Noticed: 82
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
16018867      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2011 23:53:02
              American Infosource Lp As Agent for,   World Financial Network National Bank As,
              Express for Men (Structure),   PO Box 248872,   Oklahoma City, OK  73124-8872
16018845      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2011 23:53:01
              American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16228646      E-mail/PDF: rmscedi@recoverycorp.com Apr 06 2011 23:58:34     Capital Recovery III LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16025732      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 06 2011 23:54:11     Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15253462     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 06 2011 23:54:11     Discover Fin Svcs Llc,
              Po Box 15316,   Wilmington, DE 19850-5316
16307109      E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15253465     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     GEMB / HH Gregg,
              Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15253464     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Ge Capital Credit Card,
              Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15253466     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/care Credit,   Po Box 981439,
              El Paso, TX 79998-1439
15253467     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/ikea,   Po Box 981400,
              El Paso, TX 79998-1400
15253468     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/jcp,   Attention: Bankruptcy,
              Po Box 103106,   Roswell, GA 30076-9106
15253469     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/l&t,   Po Box 981400,
              El Paso, TX 79998-1400
15253470     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/linen N Things,
              Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15253471     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/meijer Dc,   Po Box 981400,
              El Paso, TX 79998-1400
15253472     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/pearl Vision Fran,
              Po Box 981439,   El Paso, TX 79998-1439
15253473     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/qvc,   Attention: Bankruptcy,
              Po Box 103106,   Roswell, GA 30076-9106
15253474     +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2011 23:58:33     Gemb/walmart,   Po Box 981400,
              El Paso, TX 79998-1400
16039753     +E-mail/Text: collections@hacu.org Apr 06 2011 22:53:48     HealthCare Assoc Cr Un,
              1151 East Warrenville Road,   Naperville, IL 60563-9415
15253475     +E-mail/Text: collections@hacu.org Apr 06 2011 22:53:48     Healthcare Assoc Cr Un,
              1151 E. Warrenville Rd,   Naperville, IL 60563-9415
15253485     +E-mail/Text: bkr@cardworks.com Apr 06 2011 22:51:57     Merrick Bank,   Po Box 5000,
              Draper, UT 84020-5000
15253489     +E-mail/Text: bankrup@nicor.com Apr 06 2011 22:50:40     Nicor Gas,
              Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15253492     +E-mail/Text: SBONNEMA@ROGENT.COM Apr 06 2011 22:51:33     Rogers & Hol,   Po Box 879,
              Matteson, IL 60443-0879
15253493     +E-mail/PDF: pa_dc_claims@salliemae.com Apr 06 2011 23:59:28     Sallie Mae,   11100 Usa Pkwy,
              Fishers, IN 46037-9203
15253496     +E-mail/Text: bkr@cardworks.com Apr 06 2011 22:51:57     Spiegel,   Attn: Bankruptcy,
              Po Box 9204,   Old Bethpage, NY 11804-9004
15253504     +E-mail/Text: tkealy@vikingservice.com Apr 06 2011 22:51:55     Viking Collection Service,
              7500 Office Ridge Cir,   Eden Prairie, MN 55344-3782
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15253488       Nbgl-carsons
aty*          +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
15253478     ##+Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
                                                                                   TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: gbeemster          Page 3 of 3          Date Rcvd: Apr 06, 2011
                              Form ID: pdf006          Total Noticed: 82
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2011**                    **Signature:**    _/s/ Joseph Speetjens_