**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: ALERS, JUAN C                                              Case No. 10-10933
                                                                  Chapter   7
_____,
                        Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $5,391.00                     Assets Exempt: $3,706.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,708.82     Claims Discharged
                                                Without Payment: $87,412.08

Total Expenses of Administration: $2,291.87

---

3) Total gross receipts of $   14,000.69   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $14,000.69 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,291.87 | 2,291.87 | 2,291.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,698.85 | 99,120.90 | 99,120.90 | 11,708.82 |
| **TOTAL DISBURSEMENTS** | $2,698.85 | $101,412.77 | $101,412.77 | $14,000.69 |

    4) This case was originally filed under Chapter 7 on March 15, 2010. The case was pending for 16 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/15/2011            By: /s/BRADLEY J. WALLER
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate located at 478 Susan St., Romeoville | 1110-000 | 14,000.00 |
| Interest Income | 1270-000 | 0.69 |
| **TOTAL GROSS RECEIPTS** | | **$14,000.69** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 2,150.07 | 2,150.07 | 2,150.07 |
| BRADLEY J. WALLER | 2200-000 | N/A | 141.80 | 141.80 | 141.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,291.87 | 2,291.87 | 2,291.87 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent - Target | 7100-000 | N/A | 9,500.45 | 9,500.45 | 1,153.67 |
| 2 | American Infosource Lp As Agent - Buckle | 7100-000 | N/A | 842.23 | 842.23 | 102.27 |
| 3 | American Infosource Lp As Agent - Express | 7100-000 | N/A | 1,236.47 | 1,236.47 | 150.15 |
| 4 | Discover Bank | 7100-000 | N/A | 1,597.11 | 1,597.11 | 193.94 |
| 5 | HealthCare Assoc Cr Un | 7100-000 | N/A | 16,032.52 | 16,032.52 | 1,946.88 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,219.55 | 5,219.55 | 633.83 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,042.81 | 8,042.81 | 976.66 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 436.25 | 436.25 | 52.98 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,802.85 | 2,802.85 | 340.36 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,390.18 | 6,390.18 | 775.98 |
| 11 | Capital Recovery III LLC | 7100-000 | N/A | 12,486.26 | 12,486.26 | 1,516.24 |
| 12 | GE Money Bank | 7100-000 | N/A | 3,962.74 | 3,962.74 | 481.21 |
| 13 | GE Money Bank | 7100-000 | N/A | 2,659.16 | 2,659.16 | 322.91 |
| 14 | Us Dept Of Education | 7100-000 | N/A | 12,163.99 | 12,163.99 | 1,477.11 |
| 15 | GE Money Bank | 7100-000 | N/A | 2,266.42 | 2,266.42 | 275.22 |
| 16 | GE Money Bank | 7100-000 | N/A | 10,782.96 | 10,782.96 | 1,309.41 |

**UST Form 101-7-TDR (10/1/2010)**

| 17 | HSBC Bank Nevada NA (Bon Ton) | 7200-000 | 2,698.85 | 2,698.95 | 2,698.95 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 2,698.85 | 99,120.90 | 99,120.90 | 11,708.82 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-10933  
**Case Name:** ALERS, JUAN C  

**Period Ending:** 07/15/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 03/15/10 (f)  
**§341(a) Meeting Date:** 04/19/10  
**Claims Bar Date:** 11/18/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Real Estate located at 478 Susan St., Romeoville | 230,000.00 | 14,000.00 | | 14,000.00 | FA |
| 2 | Checking account with TCF Bank | 2.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Personal used clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2009 Tax Refund | 4.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2006 Honda Civic with 60,000 miles Value Accordi | 4,085.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.69 | FA |
| 7 | Assets Totals (Excluding unknown values) | **$235,391.00** | **$14,000.00** | | **$14,000.69** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2011         **Current Projected Date Of Final Report (TFR):**   April 5, 2011  (Actual)

Printed: 07/15/2011 01:58 PM      V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-10933 | | Trustee: | BRADLEY J. WALLER (330500) |
| Case Name: | ALERS, JUAN C | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******96-65 - Money Market Account |
| Taxpayer ID #: | **-***5063 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/15/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/22/10 | {1} | Manuel A Cardenas & Associates PC | Compromise Estate's Right, Title, & Interest in Debtor's Principal Residence per court order of September 10, 20109/17/2004. | 1110-000 | 14,000.00 | | 14,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 14,000.03 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,000.14 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,000.25 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,000.36 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,000.47 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 14,000.57 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,000.68 |
| 04/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 14,000.69 |
| 04/04/11 | | To Account #9200******9666 | | 9999-000 | | 14,000.69 | 0.00 |

|  | ACCOUNT TOTALS | 14,000.69 | 14,000.69 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 0.00 | 14,000.69 | |
|  | Subtotal | 14,000.69 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $14,000.69 | $0.00 | |

{} Asset reference(s)                                                                                           Printed: 07/15/2011 01:58 PM    V.12.57

Exhibit 9

## FORM 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 10-10933  
**Case Name:** ALERS, JUAN C  
**Taxpayer ID #:** **-***5063  
**Period Ending:** 07/15/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/11 | | From Account #9200******9665 | | 9999-000 | 14,000.69 | | 14,000.69 |
| 04/29/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $141.80, Trustee Expenses; Reference: | 2200-000 | | 141.80 | 13,858.89 |
| 04/29/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $2,150.07, Trustee Compensation; Reference: | 2100-000 | | 2,150.07 | 11,708.82 |
| 04/29/11 | 103 | American Infosource Lp As Agent - Target | Dividend paid 12.14% on $9,500.45; Claim# 1; Filed: $9,500.45; Reference: | 7100-000 | | 1,153.67 | 10,555.15 |
| 04/29/11 | 104 | American Infosource Lp As Agent - Buckle | Dividend paid 12.14% on $842.23; Claim# 2; Filed: $842.23; Reference: | 7100-000 | | 102.27 | 10,452.88 |
| 04/29/11 | 105 | American Infosource Lp As Agent - Express | Dividend paid 12.14% on $1,236.47; Claim# 3; Filed: $1,236.47; Reference: | 7100-000 | | 150.15 | 10,302.73 |
| 04/29/11 | 106 | Discover Bank | Dividend paid 12.14% on $1,597.11; Claim# 4; Filed: $1,597.11; Reference: | 7100-000 | | 193.94 | 10,108.79 |
| 04/29/11 | 107 | HealthCare Assoc Cr Un | Dividend paid 12.14% on $16,032.52; Claim# 5; Filed: $16,032.52; Reference: | 7100-000 | | 1,946.88 | 8,161.91 |
| 04/29/11 | 108 | Chase Bank USA, N.A. | Dividend paid 12.14% on $5,219.55; Claim# 6; Filed: $5,219.55; Reference: | 7100-000 | | 633.83 | 7,528.08 |
| 04/29/11 | 109 | Chase Bank USA, N.A. | Dividend paid 12.14% on $8,042.81; Claim# 7; Filed: $8,042.81; Reference: | 7100-000 | | 976.66 | 6,551.42 |
| 04/29/11 | 110 | Chase Bank USA, N.A. | Dividend paid 12.14% on $436.25; Claim# 8; Filed: $436.25; Reference: | 7100-000 | | 52.98 | 6,498.44 |
| 04/29/11 | 111 | Chase Bank USA, N.A. | Dividend paid 12.14% on $2,802.85; Claim# 9; Filed: $2,802.85; Reference: | 7100-000 | | 340.36 | 6,158.08 |
| 04/29/11 | 112 | Chase Bank USA, N.A. | Dividend paid 12.14% on $6,390.18; Claim# 10; Filed: $6,390.18; Reference: | 7100-000 | | 775.98 | 5,382.10 |
| 04/29/11 | 113 | Capital Recovery III LLC | Dividend paid 12.14% on $12,486.26; Claim# 11; Filed: $12,486.26; Reference: | 7100-000 | | 1,516.24 | 3,865.86 |
| 04/29/11 | 114 | GE Money Bank | Dividend paid 12.14% on $3,962.74; Claim# 12; Filed: $3,962.74; Reference: | 7100-000 | | 481.21 | 3,384.65 |
| 04/29/11 | 115 | GE Money Bank | Dividend paid 12.14% on $2,659.16; Claim# 13; Filed: $2,659.16; Reference: | 7100-000 | | 322.91 | 3,061.74 |
| 04/29/11 | 116 | Us Dept Of Education | Dividend paid 12.14% on $12,163.99; Claim# 14; Filed: $12,163.99; Reference: | 7100-000 | | 1,477.11 | 1,584.63 |
| 04/29/11 | 117 | GE Money Bank | Dividend paid 12.14% on $2,266.42; Claim# 15; Filed: $2,266.42; Reference: | 7100-000 | | 275.22 | 1,309.41 |
| 04/29/11 | 118 | GE Money Bank | Dividend paid 12.14% on $10,782.96; Claim# 16; Filed: $10,782.96; Reference: | 7100-000 | | 1,309.41 | 0.00 |

Subtotals : $14,000.69   $14,000.69

{} Asset reference(s)   Printed: 07/15/2011 01:58 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-10933  
**Case Name:** ALERS, JUAN C  

**Taxpayer ID #:** **-***5063  
**Period Ending:** 07/15/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******96-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,000.69 | 14,000.69 | $0.00 |
| | | | Less: Bank Transfers | | 14,000.69 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **14,000.69** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$14,000.69** | |

{} Asset reference(s)

Printed: 07/15/2011 01:58 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 10-10933 | | **Trustee:** | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| **Case Name:** | ALERS, JUAN C | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******96-67 - Money Market Account |
| **Taxpayer ID #:** | **-***5063 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/15/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******96-65** | 14,000.69 | 0.00 | 0.00 |
| **Checking # 9200-******96-66** | 0.00 | 14,000.69 | 0.00 |
| **MMA # 9200-******96-67** | 0.00 | 0.00 | 0.00 |
| | $14,000.69 | $14,000.69 | $0.00 |

{} Asset reference(s)

Printed: 07/15/2011 01:58 PM    V.12.57